No. 1683. SUCESIÓN SERRANO, APELANTE, *v.* SERRANO, APELADO.—Reivindicación y daños y perjuicios. Arecibo. Diciembre 19, 1917. *Desestimada de oficio la apelación.*

---

No. 1727. ORTIZ ET AL., APELANTES, *v.* ZAVALA ET AL., APELADOS.—Filiación. Arecibo. Diciembre 24, 1917. *Desestimada la apelación por falta de alegato.*

---

No. 1770. PÉREZ, APELANTE, *v.* PÉREZ ET AL., APELADOS.—Dominio. Mayagüez. Diciembre 24, 1917. *Desestimada la apelación.*

---

No. 1724. HERNÁNDEZ, APELADO, *v.* KÖRBER ET AL., APELANTES.—Nulidad de expediente de dominio. Humacao. Enero 14, 1918. *Desistida la apelación.*

---

No. 1781. RAMOS Y SUÁREZ, APELANTES, *v.* GONZÁLEZ, APELADO.—Cobro de dinero. Mayagüez. Enero 15, 1918. *Desestimada la apelación.*

---

No. 214. MARTÍNEZ, PETICIONARIO, *v.* CROSAS, JUEZ DISTRITO AGUADILLA, DEMANDADO. — *Certiorari.* Enero 17, 1918. *Sin lugar.*

---

No. 1730. ALMODÓVAR ET AL., APELADOS, *v.* JUNCOS CENTRAL COMPANY ET AL., APELANTES. — Reivindicación. Humacao. Enero 18, 1918. *Desistida la apelación.*

---

No. 1647. MONTALVO, APELADO, *v.* MONTALVO ET AL., APELANTES.—Filiación; Reconsideración. Mayagüez. Enero 19, 1918. *Denegada la reconsideración.*